TO:

The Clerk of the Court and the Court.

08CV1552 BEN(PCL)

**FILED**
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RV DEPUTY

I received a check the other day, not much but something, but they put a 30 day hold on my check, the C.D.C.

I wrote yesterday and sended the Courts a Writ but no money, at the moment I have on my books to spend is $36.50, if I owe the Courts please let me know, I will pay, please file my Writ.

I also would like the Court to appoint an Attorney to me as I am with out alot of Money, Thank you.

T-34562
FRANK I SAMPLE

*Frank I. Sample* (signature)

8-21-2008