FILED

2008 SEP -3 PM 2:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

08CV1552 BEN (PCL)

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154640    - TC

September 03, 2008
14:38:03

Habeas Corpus
USAO #.: 08CV1552
Judge..: ROGER T BENITEZ
Amount.:           $5.00 OC
Check#.: 111-090880


Total-> $5.00


FROM: FRANK J. M. SAMPLE