**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANK JASPER M. SAMPLE )  Civil No. 08CV1552 BEN (PCL)
) 
) REQUEST FOR APPOINTMENT OF
) COUNSEL UNDER THE CIVIL RIGHTS
v. ) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
) DECLARATION IN SUPPORT OF
The Attorney General of the ) REQUEST
State of California )
)
_____ )

    1.    I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A.    my claim is meritorious (that is, I have a good case), and

    B.    I have made a reasonably diligent effort to obtain counsel, and

    C.    I am unable to find an attorney willing to represent me on terms that I can afford.

    2.    A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

    3.    A.    Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes     No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

  ____ Yes  __X__ No

  C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination?  <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.</u>

(Attach additional sheets as needed)

```
 1        4.      Have you talked with any attorney about handling your claim?
 2                       ____ Yes              _X_ No
 3              If "YES," give the following information about each attorney with whom you talked:
 4    Attorney: _____
 5    When: _____
 6    Where: _____
 7    How (by telephone, in person, etc.): _____
 8    Why attorney was not employed to handle your claim: _____
 9    _____
10    _____
11
12    Attorney: _____
13    When: _____
14    Where: _____
15    How (by telephone, in person, etc.): _____
16    Why attorney was not employed to handle your claim: _____
17    _____
18    _____
19
20    Attorney: _____
21    When: _____
22    Where: _____
23    How (by telephone, in person, etc.): _____
24    Why attorney was not employed to handle your claim: _____
25    _____
26    _____
27
28    (Attach additional sheets as needed)
```

1  5. Explain any other efforts you have made to contact an attorney to handle your claim:
2
3
4
5
6  6. Give any other information which supports your application for the court to appoint an
7  attorney for you:
8
9
10
11
12  7. Give the name and address of each attorney who has represented you in the last 10 years
13  for any purpose: *Publice Defenders Office, c c*
14  *Fresno Calif.*
15
16
17
18
19  (Attach additional sheets as needed)
20  8. I cannot afford to obtain a private attorney. The details of my financial situation are listed
21  below:
22      A.   Underline{Employment}
23  Are you employed now?    ___ yes  ⨯ no  ___ am self-employed
24  Name and address of employer:
25
26
27
28

1  If employed, how much do you earn per month? _____

2  If not employed, give month and year of last employment: __June or July 2001__

3  How much did you earn per month in your last employment? __$1402?__

4  If married, is your spouse employed? ___ yes ___ no

5  If "YES," how much does your spouse earn per month? _____

6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7  income? _____

9      B.    Assets

10         (i)    Other Income

11 Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes ___ no

14 If "YES," give the amount received and identify the sources:

15       $ Received           Source

16 $4506.00        BSR-General

17 Last Year        P.O. Box 3357

18                            37387 Auberry Mission Road

19                            Auberry, Calif. 93602

20          USA     559-855-4003

21                            Casino Income

28 (Attach additional sheets as necessary)

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? ___ yes  X  no

If "YES," state total amount: _____

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes  X  no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| _____ | _____ |

C.   <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is:  X  single ___ married ___ widowed, separated or divorced.

Your total number of dependents is: _____

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| State of Calif. | Restitution $545.50 last check |
| | 55% of every check I get |

| | |
|---|---|
| 1 | (ii)   Debts and Monthly Bills |
| 2 | List all creditors, including banks, loan companies and charge accounts, etc. |
| 3 | Creditor          Total Debt          Monthly Payment |

4  Rent: _____

5  Mortgage
6  on Home: _____

7  Others: Restitution – F06901290 fine
8  Amount $5,000.00
9  I still owe $1999.50 up to date.

10
11
12
13
14
15    9.   Signature _[signature]_____
16         I declare under penalty of perjury that the above is true and correct.
17
18  Dated: Sep 1, 2008
19                                       _[signature]_____
20                                                Signature
21  (Notarization is not required)